# OSBORN LAW P.C.

Daniel A. Osborn, Esq.                                                  dosborn@osbornlawpc.com
Lindsay M. Trust, Esq.                                                ltrust@osbornlawpc.com

The Clerk of Court is respectfully directed to terminate the motion at ECF No. 12.

September 12, 2024

**MEMO ENDORSED**

_____
HON. VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE
DATED: 9-13-2024

The extension requested herein is GRANTED and the proposed briefing schedule is ADOPTED. Plaintiff is to file her motion for judgment on the pleadings by **December 20, 2024**.

**VIA ECF**

Honorable Judge Valerie Figueredo
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

           Re:     *Abreu v. Commissioner of Social Security*
                      Civil Action No. 1:24-cv-04629-VF

Dear Judge Figueredo,

     We write on behalf of our client, Carmen Julia Abreu, with the consent of the defense, to request additional time to file her motion for judgment on the pleadings which is currently due on September 19, 2024 per the Court's June 20, 2024 Standing Order. This is the parties' first request for an extension.

     After conferring with the defendant, the parties have agreed to proceed according to the following amended scheduling order, subject to the Court's approval:

- Plaintiff to file her motion for judgment on the pleadings on or before: **December 20, 2024;**

- Defendant to file its response to plaintiff's motion/cross motion on or before: **February 18, 2025**; and

- Plaintiff to file her reply, if any, on or before: **March 4, 2025.**

43 West 43rd Street, Suite 131       Telephone 212-725-9800       osbornlawpc.com
New York, New York 10036         Facsimile  212-500-5115       info@osbornlawpc.com

Honorable Valerie Figueredo
September 12, 2024
Page Two

Thank you for your consideration of this request.

                Respectfully submitted,

                s/Daniel A. Osborn
                Daniel A. Osborn
                OSBORN LAW, P.C.
                43 West 43rd Street, Suite 131
                New York, New York 10036
                Telephone:    212-725-9800
                Facsimile:     212-500-5115
                dosborn@osbornlawpc.com

cc: Avni Dinesh Gandhi, Esq. (by ECF)