**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X

CARMEN JULIA A.,

                                Plaintiff,          24 **CIVIL** 4629 (GRJ)

-v-                            **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                                Defendant.
-------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Decision and Order dated March 17, 2025, Plaintiff's Motion for Judgment on the Pleadings (Docket No. 16) is GRANTED, and this matter is REMANDED for further administrative proceedings consistent with the Decision and Order. Final judgment is entered in favor of Plaintiff; accordingly, the case is closed.

**Dated:** New York, New York

      March 18, 2025

                                                  **TAMMI M. HELLWIG**
                                                     **Clerk of Court**

                            **BY:**       *K. Mango*

                                                     **Deputy Clerk**